UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
SCOTT N. JOHNSON,              )
                               )    2:08-CV-01525-GEB-KJM
          Plaintiff,           )
                               )
     v.                        )    ORDER DISMISSING ACTION
                               )
JASVINDER GILL, D/B/A EZ STOP #1; )
D & G FINANCIAL MANAGEMENT,INC., )
a California Corporation;  MANDEEP )
GILL, d/b/a EZ STOP #1,        )
                               )
          Defendants.          )
                               )
```

Plaintiff's status report filed October 14, 2008, reveals Plaintiff has failed to timely prosecute this action; therefore, this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: October 23, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1